**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**LEODIS RANDLE**                                                                                              **PLAINTIFF**

**v.**                                                **4:20CV00419-BRW-JTK**

**WRIGHT, et al.**                                                                                          **DEFENDANTS**

**ORDER**

Plaintiff has not responded to the Court's April 20, 2020 Order directing him to pay the $400 filing fee or file a Motion to Proceed in forma pauperis within thirty days. (Doc. No. 4) The Court warned Plaintiff in the Order that failure to comply would result in the dismissal without prejudice of his Complaint.[1]

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of Plaintiff's failure to respond, the Court finds that his Complaint should be dismissed without prejudice for failure to prosecute. Accordingly,

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice.

IT IS SO ORDERED this 26th day of May, 2020.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

---

[1] The copy of the Order sent to Plaintiff at his last-known address was returned to the Court as undeliverable on April 27, 2020. (Doc. No. 3)