**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LEODIS RANDLE**                                                                                         **PLAINTIFF**

**v.**                                              **4:20CV00419-BRW-JTK**

**WRIGHT, et al.**                                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 26th day of May, 2020.


                                            Billy Roy Wilson_____
                                            UNITED STATES DISTRICT JUDGE